EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER RESNIK (Cal. Bar No. 233634)
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6595
     Facsimile: (213) 894-7177
     E-mail:    Jennifer.Resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>       v.<br><br>$26,900.00 IN U.S. CURRENCY AND TEN U.S. POSTAL SERVICE MONEY ORDERS,<br><br>    Defendants.<br><br>JERMILE KELLY,<br><br>    Claimant. | No. CV 15-05776-PA (AFMx)<br><br>[~~PROPOSED~~]<br>CONSENT JUDGMENT OF FORFEITURE |

This action was filed on July 30, 2015. Notice was given and published in accordance with law. Claimant Jermile Kelly ("Claimant") filed the only claim to the defendant $26,900.00 in U.S. currency (the "defendant currency") and ten U.S. Postal Service Money Orders (the "defendant money orders") (collectively, the "defendant property") which property was initially seized on or about May 1,

1  2014, from Jermile Kelly and Henock Andualem during a traffic stop
2  conducted by the Los Angeles Sheriff's Department ("LASD") in Los
3  Angeles, California.  The defendant property was later seized from
4  the LASD by the Drug Enforcement Administration ("DEA") on or about
5  February 17, 2015, pursuant to a federal seizure warrant.  No other
6  statements of interest or answers have been filed, and the time for
7  filing such statements of interest and answers has expired.
8  Plaintiff and Claimant have reached an agreement that is dispositive
9  of the action.  The parties request that the Court enter this Consent
10 Judgment of Forfeiture.
11      WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:
12      A.   This Court has jurisdiction over this action pursuant to 28
13 U.S.C. §§ 1345 and 1355, and over the parties hereto.
14      B.   The Complaint for Forfeiture states claims for relief
15 pursuant to 21 U.S.C. § 881(a)(6), 18 U.S.C. § 981(a)(1)(A) and (C),
16 and 31 U.S.C. § 5317(c)(2).
17      C.   Notice of this action has been given in accordance with
18 law.  All potential claimants to the defendant property other than
19 Claimant are deemed to have admitted the allegations of the
20 Complaint.  The allegations set out in the Complaint are sufficient
21 to establish a basis for forfeiture.
22      D.   The United States of America shall have judgment as to
23 $16,900.00 of the defendant currency and all of the defendant money
24 orders, together with all interest earned by the government on the
25 entire amount of the defendant property since seizure, and no other
26 person or entity shall have any right, title or interest therein.
27      E.   $10,000.00 of the defendant currency, without any interest,
28 shall be paid to Claimant not later than sixty (60) days from the

date of entry of this judgment by electronic transfer directly into the account entitled "Roy Edward Furr, Client Trust Account." Claimant's counsel agrees to provide appropriate financial institution account information and the requisite personal identifiers within 10 days of execution of this consent judgment. Said payment shall be subject to applicable federal law.

F.  Claimant has withdrawn his Petition for Remission or Mitigation submitted to the DEA, and waives any right he may have to petition for remission or mitigation of the forfeiture.

G.  Claimant has released the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Agency, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the Claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.  Nothing in this consent judgment is intended as, nor should anything in this consent judgment be interpreted as an admission by Claimant of any liability or wrongdoing.

///
///
///

H. The Court finds that there was reasonable cause for the seizure of the defendant property and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: May 20, 2016

THE HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: May 20 2016,

Respectfully submitted,

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Jennifer Resnik
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: May    2016,

JERMILE KELLY
Claimant

Dated: May 18 2016,

THE LENTZ LAW FIRM, P.C.

JACEK W. LENTZ, ESQ.
Attorney for Claimant Jermile Kelly

Dated: May    2016,

ROY EDWARD FURR, ESQ.
Attorney for Claimant Jermile Kelly

4

1   H. The Court finds that there was reasonable cause for the
2 seizure of the defendant property and institution of these
3 proceedings. This judgment shall be construed as a certificate of
4 reasonable cause pursuant to 28 U.S.C. § 2465.

6 Dated: _____
                                    THE HONORABLE PERCY ANDERSON
7                                   UNITED STATES DISTRICT JUDGE

8 **Approved as to form and content:**

9 Dated: May   2016,             Respectfully submitted,

10                                  EILEEN M. DECKER
                                    United States Attorney
11                                  LAWRENCE S. MIDDLETON
                                    Assistant United States Attorney
12                                  Chief, Criminal Division
                                    STEVEN R. WELK
13                                  Assistant United States Attorney
                                    Chief, Asset Forfeiture Section

15                                  Jennifer Resnik
                                    Assistant United States Attorney

16                                  Attorneys for Plaintiff
17                                  UNITED STATES OF AMERICA

19 Dated: May 20 2016,
                                    JERMILE KELLY
20                                  Claimant

22 Dated: May   2016,             THE LENTZ LAW FIRM, P.C.

24                                  JACEK W. LENTZ, ESQ.
                                    Attorney for Claimant Jermile Kelly

26
27 Dated: May 20 2016,
                                    ROY EDWARD FURR, ESQ.
                                    Attorney for Claimant Jermile Kelly

28